IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR MANUEL ESTRADA, JR.<br># 21198-179,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)  CRIM ACT. NO. 1:19-cr-15-TFM-B<br>)  CIV. ACT. NO. 1:23-cv-239-TFM-B<br>)<br>)<br>)<br>) |

### MEMORANDUM OPINION AND ORDER

On October 24, 2024, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2255 be denied and dismissed with prejudice and a certificate of appealability be denied. *See* Doc. 16. No objections were filed, and the time frame has long passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** that Victor Manual Estrada Jr.'s petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2255 to set vacate, set aside, or correct sentence (Doc. 251) is **DENIED** and **DISMISSED with prejudice**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 13th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE