IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VICTOR MANUEL ESTRADA, JR. # 21198-179,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) CRIM ACT. NO. 1:19-cr-15-TFM-B<br>) CIV. ACT. NO. 1:23-cv-239-TFM-B<br>)<br>)<br>)<br>) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Victor Manuel Estrada Jr.'s petition under 28 U.S.C. § 2255 is hereby **DENIED** and **DISMISSED with prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE